| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Steven A. Alexander<br>1717 N Broadway<br>Santa Ana, CA 92706<br>7145432866<br>182068<br>saatty1717@gmail.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Debtor*  Mahmoud Ashouri & Akram Sardari | FOR COURT USE ONLY |
|---|---|

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br>Mahmoud Ashouri & Akram Sardarizadeh<br><br><br>Debtor(s) | CASE NO.: 8:23-bk-11701-TA<br>CHAPTER: 7<br><br>**SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added? ☒ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☒ Schedule A/B    ☒ Schedule C    ☒ Schedule D    ☒ Schedule E/F    ☐ Schedule G
☒ Schedule H     ☒ Schedule I    ☐ Schedule J    ☐ Schedule J-2    ☐ Statement of Financial Affairs
☐ Statement About Your Social Security Numbers    ☐ Statement of Intention    ☒ Master Mailing List
☒ Other (*specify*) Summary of Your Assets and Liabilities ...

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 9/20/23

Debtor 1 Signature

Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE**: It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

M.A
A.S

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015                                Page 1                              F 1007-1.1.AMENDED.SUMMARY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Mahmoud | | Ashouri |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Akram | | Sardarizadeh |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Central District of California

Case number: 8:23-bk-11701-TA
(If known)

[X] Check if this is an amended filing

## Official Form 106Sum
### Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
**Value of what you own**

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B*..................................... $1,450,000.00

   1b. Copy line 62, Total personal property, from *Schedule A/B*.......................... $36,458.18

   1c. Copy line 63, Total of all property on *Schedule A/B*................................... $1,486,458.18

### Part 2: Summarize Your Liabilities

**Your liabilities**
**Amount you owe**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*............ $914,869.27

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*...................................... $0.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*...................... + $922,617.01

   **Your total liabilities**  $1,837,486.28

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*...................................... $8,085.79

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*.......................................... $8,103.84

M.A    A.S

Official Form 106Sum    Summary of Your Assets and Liabilities and Certain Statistical Information    page 1 of 2

| Debtor 1 | Mahmoud Ashouri & Akram Sardarizadeh | Case number *(if known)* 8:23-bk-11701-TA |
|---|---|---|
| | First Name    Middle Name    Last Name | |

**Part 4:** **Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.    $ 8,399.00

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

   **Total claim**

   From Part 4 on *Schedule E/F*, copy the following:

   9a. Domestic support obligations (Copy line 6a.)    $ 0.00

   9b. Taxes and certain other debts you owe the government. (Copy line 6b.)    $ 0.00

   9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)    $ 0.00

   9d. Student loans. (Copy line 6f.)    $ 138,698.00

   9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)    $ 0.00

   9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)    + $ 0.00

   9g. **Total.** Add lines 9a through 9f.    $ 138,698.00

*M A*
*A.S*

Official Form 106Sum    Summary of Your Assets and Liabilities and Certain Statistical Information    page 2 of 2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1717 N. Broadway, Santa Ana, California 92706

A true and correct copy of the foregoing document entitled (*specify*): **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/21/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
saatty@earthlink.net  Steven A. Alexander, 1717 N Broadway, Santa Ana, CA 92706
EDI: BJIGOLDEN Jeffrey I Golden (TR), Golden Goodrich LLP, 3070 Bristol Street, Suite 640, Costa Mesa, CA 92626
EDI: EDD.COM Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) 09/21/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Jeffrey I Golden (TR), Golden Goodrich LLP, 3070 Bristol Street, Suite 640, Costa Mesa, CA 92626
Brad A. Mokri and Associates, 1851 E. 1st Street, Suite 900, Santa Ana, CA 92705-4066
Citibank North America, 425 5800 S. Corp Place, Sioux Falls, SD 57101
Farhad Edward Khosravi, 260 Santa Isabel Avenue, Costa Mesa, CA 92627-1562
Farhad Khosravi, P.O. Box 30255, Santa Ana, CA 92735-8255

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 09/22/2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.
Judge: Theodore Albert; (bin outside Courtroom 5B)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/21/2023 | Maria Acosta | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015                                                                 Page 2                                      F 1007-1.1.AMENDED.SUMMARY

In Re:     Mahmoud Ashouri            Case No. 8:23-bk-11701-TA
           Akram Sardarizadeh
           Debtors                     Chapter: 7

## SERVICE INFORMATION ATTACHMENT

| E-mail | Recipient Name and Address |
|---|---|
| EDI: CALTAX.COM | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| EDI: TSYS2 | Barclay's Bank Delaware, PO. Box 60517, City of Industry, CA 91716-0517 |
| EDI: TSYS2 | Barclays Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| EDI: CITICORP.COM | CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| EDI: CITICORP.COM | Citi Cards, P.O. Box 78045, Phoenix, AZ 85062 |
| EDI: CAPITALONE.COM | Capital One, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| EDI: CITICORP.COM | Citi, P.O. Box 6217, Sioux Falls, SD 57117-6217 |
| EDI: CITICORP.COM | Citi Bank, 5800 S. Corporate Place, Sioux Falls, SD 57108-5027 |
| EDI: CITICORP.COM | Citibank, P.O. Box 790034, Saint Louis, MO 63179-0034 |
| EDI: DISCOVER.COM | Discover Bank, P.O. Box 30939, Salt Lake City, UT 84130-0939 |
| EDI: DISCOVER.COM | Discover Financial, P.O. Box 3025, New Albany, OH 43054-3025 |

Email/Text: EBN@edfinancial.com          Edfinancial, 120 N. Seven Oaks Drive, Knoxville, TN 37922-2359

+ Email/Text: Mercury@ebn.phinsolutions.com          Mercury Card Services, P.O. Box 84064, Columbus, GA 31908-4064

+ Email/Text: bankruptcydpt@mcmcg.com    Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007

Email/Text: bankruptcygroup@sce.com    SCE, PO. Box 600, Rosemead, CA 91771

Email/Text: bankruptcy@springoakscapital.com    Spring Oaks Capital LLC, 1400 Crossways Boulevard, Suite 100B, Chesapeake, VA 23320

EDI: LCITDAUTO    TD Auto Finance, P.O. Box 100295, Columbia, SC 29202-3295

EDI: LCITDAUTO    TD Auto Finance, P.O. Box 9223, Farmington, MI 48333-9223

^ MEBN    The Moore Law Group, APC, P.O. Box 25145, Santa Ana, CA 92799-5145

EDI: WFFC2    Wells Fargo Card Service, P.O. Box 14517, Des Moines, IA 50306-3517

| Mail | Recipient Name and Address |
| --- | --- |

Fariba Partovi Yazdi c/o Ashwood TD Services, P.O. Box 3552, Paso Robles, CA 93447-3552

Gate Law Group, 888 Prospect Street, #200, San Diego, CA 92037-4261

Lawyers Title, P.O. Box 30255, Santa Ana, CA 92735-8255

Providence Southern California SBO, P.O. Box 31001, Pasadena, CA 91110-0001

Rushmore Loan Management Services, P.O. Box 514707, Los Angeles, CA 90051-4707

Barclays, P.O. Box 60517, City Of Industry, CA 91716

Best Buy Credit Services, P.O. Box 78009, Phoenix, AZ 85062

Capital One, P.O. Box 60599, City Of Industry, CA 91716

Discover, P.O. Box 2901, Phoenix, AZ 85038

Discover, P.O. Box 6103, Carol Stream, IL 60197

Fariba Partovi Khosravi, P.O. Box 30255, Santa Ana, CA 92735

First Bankcard, P.O. Box 2557, Omaha, NE 68103

Law Offices of Patenaude & Felix, A.P.C., 6800 Owensmouth Avenue, Suite 290, Canoga Park, CA 91303