| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Steven A. Alexander<br>1717 N Broadway<br>Santa Ana, CA 92706<br>7145432866<br>182068<br>saatty1717@gmail.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Debtor* Mahmoud Ashouri & Akram Sardari | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>Mahmoud Ashouri & Akram Sardarizadeh<br><br><br><br>Debtor(s) | CASE NO.: 8:23-bk-11701-TA<br>CHAPTER: 7<br><br>**SUMMARY OF AMENDED SCHEDULES,**<br>**MASTER MAILING LIST,**<br>**AND/OR STATEMENTS**<br>**[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added? ☒ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☒ Schedule A/B    ☒ Schedule C    ☒ Schedule D    ☒ Schedule E/F    ☐ Schedule G
☒ Schedule H    ☒ Schedule I    ☐ Schedule J    ☐ Schedule J-2    ☐ Statement of Financial Affairs
☐ Statement About Your Social Security Numbers    ☐ Statement of Intention    ☒ Master Mailing List
☒ Other (*specify*) Summary of Your Assets and Liabilities ...

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 9/20/23

Debtor 1 Signature

Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE**: It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

M.A
A.S

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

*December 2015*    Page 1    **F 1007-1.1.AMENDED.SUMMARY**

**Fill in this information to identify your case and this filing:**

Debtor 1: Mahmoud Ashouri
(First Name / Middle Name / Last Name)

Debtor 2: Akram Sardarizadeh
(Spouse, if filing) (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: Central District of California

Case number (if know): 8:23-bk-11701-TA

☒ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property     12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?
   - ☐ No. Go to Part 2
   - ☑ Yes. Where is the property?

1.1 Street address: 29696 Michelis Street
City: Laguna Niguel   State: CA   ZIP Code: 92677
County: Orange County

**What is the property?** Check all that apply
- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other_____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? $ 1,450,000.00
Current value of the portion you own? $ 1,450,000.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Fee simple

☐ Check if this is community property

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:
APN 655-281-09

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................➤  $1,450,000.00

### Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles
   - ☐ No
   - ☑ Yes

M.A
A.S

Debtor 1  Mahmoud Ashouri & Akram Sardarizadeh    Case number *(if known)* 8:23-bk-11701-TA

3.1  Make: Tesla
Model: 3
Year: 2020
Approximate mileage: 42000
Other information:
Condition: Good;

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

**Current value of the entire property?**   **Current value of the portion you own?**
$ 20,000.00                                  $ 20,000.00

3.2  Make: Toyota
Model: Prius
Year: 2017
Approximate mileage: 98000
Other information:
Condition: Fair;

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

**Current value of the entire property?**   **Current value of the portion you own?**
$ 5,000.00                                   $ 5,000.00

3.3  Make: Toyota
Model: Prius
Year: 2014
Approximate mileage: 170000
Other information:
Condition: Poor;

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

**Current value of the entire property?**   **Current value of the portion you own?**
$ 2,500.00                                   $ 2,500.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☑ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.................................................................................................►   $27,500.00

### Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following?    **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe...
   Household Goods                                                         $ 3,500.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☑ No
   ☐ Yes. Describe...

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes. Describe...

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☑ No
   ☐ Yes. Describe...

*M.A*
*A.S*

Debtor 1  Mahmoud Ashouri & Akram Sardarizadeh                                    Case number *(if known)* 8:23-bk-11701-TA
         First Name   Middle Name      Last Name

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes. Describe...

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe...

    | Wearing Apparel | $ 500.00 |

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems gold, silver

    ☐ No
    ☑ Yes. Describe...

    | Jewelry | $ 200.00 |

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☑ No
    ☐ Yes. Describe...

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No
    ☐ Yes. Give specific information...

15. **Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here**.................................................................................................➤  $4,200.00

## Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**    **Current value of the portion you own?**
                                                                                   Do not deduct secured
                                                                                   claims or exemptions.

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☑ No
    ☐ Yes........................................................................................  Cash ........................  $ _____

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☑ Yes..................   Institution name:

    | 17.1. Checking account: | Wells Fargo | $ 896.89 |
    | 17.2. Checking account: | Wells Fargo | $ 509.86 |
    | 17.3. Checking account: | Wells Fargo | $ 8.92 |
    | 17.4. Savings account:  | Wells Fargo | $ 332.49 |
    | 17.5. Savings account:  | Wells Fargo | $ 10.00 |
    | 17.6. Savings account:  | Wells Fargo | $ 0.01 |
    | 17.7. Savings account:  | Wells Fargo | $ 0.01 |

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ☐ Yes..................

*M.A*
*A.S*

Debtor 1 <u>Mahmoud Ashouri & Akram Sardarizadeh</u>    Case number *(if known)* <u>8:23-bk-11701-TA</u>
       First Name   Middle Name   Last Name

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☐ No
    ☑ Yes. Give specific information about them...........

    Name of entity:                                              % of ownership:

    MBA Transportation Inc.                                      100        %       $ 0.00

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
    Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes. Give specific information about them..........

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☑ No
    ☐ Yes. List each account separately

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☑ No
    ☐ Yes......................

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No
    ☐ Yes......................

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No
    ☐ Yes......................

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☑ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**

    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No
    ☐ Yes. Give specific information about them...

**Money or property owed to you?**                                **Current value of the portion you own?**
                                                                  Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

    ☑ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years...

    |  |
    |--|
    |  |

    Federal:   $ 0.00
    State:     $ 0.00
    Local:     $ 0.00

29. **Family support**

    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ☑ No
    ☐ Yes. Give specific information....

*M.A*
*A.S*

Debtor 1    <u>Mahmoud Ashouri & Akram Sardarizadeh</u>        Case number *(if known)* <u>8:23-bk-11701-TA</u>
          First Name   Middle Name   Last Name

30. **Other amounts someone owes you**

    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

    ☑ No
    ☐ Yes. Give specific information....

31. **Interests in insurance policies**

    ☐ No
    ☑ Yes. Name the insurance company of each policy and list its value....

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | Transamerica Life Insurance | Akram Sardarizadeh | $ 3,000.00 |

32. **Any interest in property that is due you from someone who has died**

    ☑ No
    ☐ Yes. Give specific information....

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    ☑ No
    ☐ Yes. Give specific information....

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No
    ☐ Yes. Give specific information....

35. **Any financial assets you did not already list**

    ☑ No
    ☐ Yes. Give specific information...

36. **Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ............................................................................................➤    $4,758.18

**Part 5:**    **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Part 6:**    **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

    ☑ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Part 7:**    **Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**

    *Examples:* Season tickets, country club membership

    ☑ No
    ☐ Yes. Give specific information...

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ................................................➤    $0.00

M.A
A.S

Debtor 1   Mahmoud Ashouri & Akram Sardarizadeh       Case number *(if known)* 8:23-bk-11701-TA
           First Name    Middle Name    Last Name

## Part 8: List the Totals of Each Part of this Form

| | | | |
|---|---|---|---|
| 55. **Part 1: Total real estate, line 2**............................................................................................................➤ | | | $1,450,000.00 |
| 56. **Part 2: Total vehicles, line 5** | $ 27,500.00 | | |
| 57. **Part 3: Total personal and household items, line 15** | $ 4,200.00 | | |
| 58. **Part 4: Total financial assets, line 36** | $ 4,758.18 | | |
| 59. **Part 5: Total business-related property, line 45** | $ 0.00 | | |
| 60. **Part 6: Total farm- and fishing-related property, line 52** | $ 0.00 | | |
| 61. **Part 7: Total other property not listed, line 54** | + $ 0.00 | | |
| 62. **Total personal property. Add lines 56 through 61** .................... | $ 36,458.18 | Copy personal property total ➤ | + $ 36,458.18 |
| 63. **Total of all property on Schedule A/B. Add line 55 + line 62** | | | $ 1,486,458.18 |

M.A
A.S

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1717 N. Broadway, Santa Ana, California 92706

A true and correct copy of the foregoing document entitled (*specify*): **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/21/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
saatty@earthlink.net  Steven A. Alexander, 1717 N Broadway, Santa Ana, CA 92706
EDI: BJIGOLDEN Jeffrey I Golden (TR), Golden Goodrich LLP, 3070 Bristol Street, Suite 640, Costa Mesa, CA 92626
EDI: EDD.COM Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) 09/21/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Jeffrey I Golden (TR), Golden Goodrich LLP, 3070 Bristol Street, Suite 640, Costa Mesa, CA 92626
Brad A. Mokri and Associates, 1851 E. 1st Street, Suite 900, Santa Ana, CA 92705-4066
Citibank North America, 425 5800 S. Corp Place, Sioux Falls, SD 57101
Farhad Edward Khosravi, 260 Santa Isabel Avenue, Costa Mesa, CA 92627-1562
Farhad Khosravi, P.O. Box 30255, Santa Ana, CA 92735-8255

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 09/22/2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.
Judge: Theodore Albert; (bin outside Courtroom 5B)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/21/2023 | Maria Acosta | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015    Page 2    F 1007-1.1.AMENDED.SUMMARY

In Re:  Mahmoud Ashouri        Case No. 8:23-bk-11701-TA
        Akram Sardarizadeh
        Debtors                 **Chapter:** 7

## SERVICE INFORMATION ATTACHMENT

| **E-mail** | **Recipient Name and Address** |
|---|---|
| EDI: CALTAX.COM | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| EDI: TSYS2 | Barclay's Bank Delaware, PO. Box 60517, City of Industry, CA 91716-0517 |
| EDI: TSYS2 | Barclays Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| EDI: CITICORP.COM | CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| EDI: CITICORP.COM | Citi Cards, P.O. Box 78045, Phoenix, AZ 85062 |
| EDI: CAPITALONE.COM | Capital One, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| EDI: CITICORP.COM | Citi, P.O. Box 6217, Sioux Falls, SD 57117-6217 |
| EDI: CITICORP.COM | Citi Bank, 5800 S. Corporate Place, Sioux Falls, SD 57108-5027 |
| EDI: CITICORP.COM | Citibank, P.O. Box 790034, Saint Louis, MO 63179-0034 |
| EDI: DISCOVER.COM | Discover Bank, P.O. Box 30939, Salt Lake City, UT 84130-0939 |
| EDI: DISCOVER.COM | Discover Financial, P.O. Box 3025, New Albany, OH 43054-3025 |
| Email/Text: EBN@edfinancial.com | Edfinancial, 120 N. Seven Oaks Drive, Knoxville, TN 37922-2359 |
| + Email/Text: Mercury@ebn.phinsolutions.com | Mercury Card Services, P.O. Box 84064, Columbus, GA 31908-4064 |

| | |
|---|---|
| + Email/Text: bankruptcydpt@mcmcg.com | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| Email/Text: bankruptcygroup@sce.com | SCE, PO. Box 600, Rosemead, CA 91771 |
| Email/Text: bankruptcy@springoakscapital.com | Spring Oaks Capital LLC, 1400 Crossways Boulevard, Suite 100B, Chesapeake, VA 23320 |
| EDI: LCITDAUTO | TD Auto Finance, P.O. Box 100295, Columbia, SC 29202-3295 |
| EDI: LCITDAUTO | TD Auto Finance, P.O. Box 9223, Farmington, MI 48333-9223 |
| ^ MEBN | The Moore Law Group, APC, P.O. Box 25145, Santa Ana, CA 92799-5145 |
| EDI: WFFC2 | Wells Fargo Card Service, P.O. Box 14517, Des Moines, IA 50306-3517 |

**Mail        Recipient Name and Address**

Fariba Partovi Yazdi c/o Ashwood TD Services, P.O. Box 3552, Paso Robles, CA 93447-3552

Gate Law Group, 888 Prospect Street, #200, San Diego, CA 92037-4261

Lawyers Title, P.O. Box 30255, Santa Ana, CA 92735-8255

Providence Southern California SBO, P.O. Box 31001, Pasadena, CA 91110-0001

Rushmore Loan Management Services, P.O. Box 514707, Los Angeles, CA 90051-4707

Barclays, P.O. Box 60517, City Of Industry, CA 91716

Best Buy Credit Services, P.O. Box 78009, Phoenix, AZ 85062

Capital One, P.O. Box 60599, City Of Industry, CA 91716

Discover, P.O. Box 2901, Phoenix, AZ 85038

Discover, P.O. Box 6103, Carol Stream, IL 60197

Fariba Partovi Khosravi, P.O. Box 30255, Santa Ana, CA 92735

First Bankcard, P.O. Box 2557, Omaha, NE 68103

Law Offices of Patenaude & Felix, A.P.C., 6800 Owensmouth Avenue, Suite 290, Canoga Park, CA 91303