| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Steven A. Alexander<br>1717 N Broadway<br>Santa Ana, CA 92706<br>7145432866<br>182068<br>saatty1717@gmail.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Debtor* Mahmoud Ashouri & Akram Sardari | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>Mahmoud Ashouri & Akram Sardarizadeh<br><br><br>Debtor(s) | CASE NO.: 8:23-bk-11701-TA<br>CHAPTER: 7<br><br>**SUMMARY OF AMENDED SCHEDULES,**<br>**MASTER MAILING LIST,**<br>**AND/OR STATEMENTS**<br>**[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov).  A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added? ☒ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☒ Schedule A/B    ☒ Schedule C    ☒ Schedule D    ☒ Schedule E/F    ☐ Schedule G
☒ Schedule H     ☒ Schedule I    ☐ Schedule J    ☐ Schedule J-2    ☐ Statement of Financial Affairs
☐ Statement About Your Social Security Numbers    ☐ Statement of Intention    ☒ Master Mailing List
☒ Other (*specify*) Summary of Your Assets and Liabilities ...

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 9/20/23

Debtor 1 Signature

Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE**: It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

M.A
A.S

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015                                Page 1                          F 1007-1.1.AMENDED.SUMMARY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Mahmoud | Ashouri | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Akram | Sardarizadeh | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Central District of California

Case number (If known): 8:23-bk-11701-TA

[X] Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt                                                         4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   [✓] You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   [ ] You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on Schedule A/B that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 29696 Michelis Street<br>Line from Schedule A/B: 1.1 | $1,450,000.00 | [✓] $ 556,664.76<br>[ ] 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 704.730 (a)(1) |
| Brief description: 2017 Toyota Prius<br>Line from Schedule A/B: 3.2 | $5,000.00 | [✓] $ 5,000.00<br>[ ] 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 704.010 |
| Brief description: 2014 Toyota Prius<br>Line from Schedule A/B: 3.3 | $2,500.00 | [✓] $ 2,500.00<br>[ ] 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 704.010 |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   [ ] No
   [✓] Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       [✓] No
       [ ] Yes

*M.A*
*A.S*

Official Form 106C                          Schedule C: The Property You Claim as Exempt                              page 1 of 2

Debtor __Mahmoud   Ashouri & Akram  Sardarizadeh__   Case number (if known) __8:23-bk-11701-TA__
       First Name   Middle Name   Last Name

### Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Household Goods - Household Goods<br>Line from Schedule A/B: 6 | $3,500.00 | ☑ $3,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 704.020 |
| Brief description: Clothing - Wearing Apparel<br>Line from Schedule A/B: 11 | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 704.020 |
| Brief description: Jewelry - Jewelry<br>Line from Schedule A/B: 12 | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 704.040 |
| Brief description: Wells Fargo (Checking Account)<br>Line from Schedule A/B: 17.1 | $896.89 | ☑ $896.89<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. 704.220 |
| Brief description: Wells Fargo (Checking Account)<br>Line from Schedule A/B: 17.2 | $509.86 | ☑ $509.86<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. 704.220 |
| Brief description: Wells Fargo (Checking Account)<br>Line from Schedule A/B: 17.3 | $8.92 | ☑ $8.92<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. 704.220 |
| Brief description: Wells Fargo (Savings Account)<br>Line from Schedule A/B: 17.4 | $332.49 | ☑ $332.49<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. 704.220 |
| Brief description: Wells Fargo (Savings Account)<br>Line from Schedule A/B: 17.5 | $10.00 | ☑ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. 704.220 |
| Brief description: Wells Fargo (Savings Account)<br>Line from Schedule A/B: 17.6 | $0.01 | ☑ $0.01<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. 704.220 |
| Brief description: Wells Fargo (Savings Account)<br>Line from Schedule A/B: 17.7 | $0.01 | ☑ $0.10<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. 704.220 |
| Brief description: Transamerica Life Insurance<br>Line from Schedule A/B: 31 | $3,000.00 | ☑ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 704.100 (b) |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |

*M·A*
*A·S*

Official Form 106C    Schedule C: The Property You Claim as Exempt    page __2__ of __2__

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1717 N. Broadway, Santa Ana, California 92706

A true and correct copy of the foregoing document entitled (*specify*): **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/21/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
saatty@earthlink.net  Steven A. Alexander, 1717 N Broadway, Santa Ana, CA 92706
EDI: BJIGOLDEN Jeffrey I Golden (TR), Golden Goodrich LLP, 3070 Bristol Street, Suite 640, Costa Mesa, CA 92626
EDI: EDD.COM Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) 09/21/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Jeffrey I Golden (TR), Golden Goodrich LLP, 3070 Bristol Street, Suite 640, Costa Mesa, CA 92626
Brad A. Mokri and Associates, 1851 E. 1st Street, Suite 900, Santa Ana, CA 92705-4066
Citibank North America, 425 5800 S. Corp Place, Sioux Falls, SD 57101
Farhad Edward Khosravi, 260 Santa Isabel Avenue, Costa Mesa, CA 92627-1562
Farhad Khosravi, P.O. Box 30255, Santa Ana, CA 92735-8255

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 09/22/2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Judge: Theodore Albert; (bin outside Courtroom 5B)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/21/2023 | Maria Acosta | *signature* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015    Page 2    F 1007-1.1.AMENDED.SUMMARY

In Re: <u>Mahmoud Ashouri</u>     Case No. 8:23-bk-11701-TA
<u>Akram Sardarizadeh</u>
Debtors                          Chapter: 7

### SERVICE INFORMATION ATTACHMENT

| **E-mail** | **Recipient Name and Address** |
|---|---|
| EDI: CALTAX.COM | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| EDI: TSYS2 | Barclay's Bank Delaware, PO. Box 60517, City of Industry, CA 91716-0517 |
| EDI: TSYS2 | Barclays Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| EDI: CITICORP.COM | CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| EDI: CITICORP.COM | Citi Cards, P.O. Box 78045, Phoenix, AZ 85062 |
| EDI: CAPITALONE.COM | Capital One, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| EDI: CITICORP.COM | Citi, P.O. Box 6217, Sioux Falls, SD 57117-6217 |
| EDI: CITICORP.COM | Citi Bank, 5800 S. Corporate Place, Sioux Falls, SD 57108-5027 |
| EDI: CITICORP.COM | Citibank, P.O. Box 790034, Saint Louis, MO 63179-0034 |
| EDI: DISCOVER.COM | Discover Bank, P.O. Box 30939, Salt Lake City, UT 84130-0939 |
| EDI: DISCOVER.COM | Discover Financial, P.O. Box 3025, New Albany, OH 43054-3025 |

Email/Text: EBN@edfinancial.com        Edfinancial, 120 N. Seven Oaks Drive, Knoxville, TN 37922-2359

+ Email/Text: Mercury@ebn.phinsolutions.com        Mercury Card Services, P.O. Box 84064, Columbus, GA 31908-4064

| | |
|---|---|
| + Email/Text: bankruptcydpt@mcmcg.com | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| Email/Text: bankruptcygroup@sce.com | SCE, PO. Box 600, Rosemead, CA 91771 |
| Email/Text: bankruptcy@springoakscapital.com | Spring Oaks Capital LLC, 1400 Crossways Boulevard, Suite 100B, Chesapeake, VA 23320 |
| EDI: LCITDAUTO | TD Auto Finance, P.O. Box 100295, Columbia, SC 29202-3295 |
| EDI: LCITDAUTO | TD Auto Finance, P.O. Box 9223, Farmington, MI 48333-9223 |
| ^ MEBN | The Moore Law Group, APC, P.O. Box 25145, Santa Ana, CA 92799-5145 |
| EDI: WFFC2 | Wells Fargo Card Service, P.O. Box 14517, Des Moines, IA 50306-3517 |

**Mail**      **Recipient Name and Address**

Fariba Partovi Yazdi c/o Ashwood TD Services, P.O. Box 3552, Paso Robles, CA 93447-3552

Gate Law Group, 888 Prospect Street, #200, San Diego, CA 92037-4261

Lawyers Title, P.O. Box 30255, Santa Ana, CA 92735-8255

Providence Southern California SBO, P.O. Box 31001, Pasadena, CA 91110-0001

Rushmore Loan Management Services, P.O. Box 514707, Los Angeles, CA 90051-4707

Barclays, P.O. Box 60517, City Of Industry, CA 91716

Best Buy Credit Services, P.O. Box 78009, Phoenix, AZ 85062

Capital One, P.O. Box 60599, City Of Industry, CA 91716

Discover, P.O. Box 2901, Phoenix, AZ 85038

Discover, P.O. Box 6103, Carol Stream, IL 60197

Fariba Partovi Khosravi, P.O. Box 30255, Santa Ana, CA 92735

First Bankcard, P.O. Box 2557, Omaha, NE 68103

Law Offices of Patenaude & Felix, A.P.C., 6800 Owensmouth Avenue, Suite 290, Canoga Park, CA 91303